79,171-05

COURT OF CRIMINAL APPEALS OF
TEXAS
P.O. BOX 12308 CAPITOL STATION
AUSTIN TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

RE: R. FLORES V. THE STATE OF TEXAS
Tr. Ct. No. 2012 CR 1969 W2
COA NO. 04-12-00815-CR
WR-79, 171-05

R. FLORES V. FOURT COURT OF APPEALS ETAL.
U.S.D.C. S.D. Tx. 2:14-CV-283
U.S.D.C. W.D. Tx. 5:15-CV-222

May 11th 2015

---

## NOTICE OF INTENT TO FILE CIVIL AND CRIMINAL PROSECUTION AGAINST JUSTICES

---

This is a Notice to advise the Justices of this Court of Criminal Appeals of Texas, that the Political Prisoner — and Victim of International and Domestic Terrorism (18 USC § 2331) REYNALDO FLORES, Will File Civil and Criminal Prosecution Against the panel responsible for the irreparable injuries inflicted to Mr. FLORES, his children, entrepreneurs and immigrant communities either in Federal Court Pursuant to 42 U.S.C. §§ 1981, 1983, 1985 (2)(3), 1986, 1988; Title 18 §§ 2501-2520 or International Court of Human Rights Pursuant the Convention Against Torture and Universal Declaration of Human Rights.

On May 10th 2015 at 3:30 PM, after almost 5 years of captivity and torture, Mr. FLORES, received from this Court, the customary denial without

Written order, of his PROSE writ of Habeas corpus tampered by the trial court, with a prior denial PROSE Motion For Evidentiary Hearing, which would expose; the continuous mockery and violation of Mr. FLORES' constitutional rights. This court has been furnished with material evidences which prove that Mr. FLORES, is the real victim of International and Domestic Terrorism, in a vindictive prosecution in both 2011 CR 1002 and 2012 CR 1969 resulting in an undeniable acquittal and subsequent EX Post Facto conviction. e.g., Art. I §§ 9, 10 U.S.C.A.

Because the Record reflects that this court has victimizing and punishing over 100 thousand Political Prisoners, currently kidnapped and tortured in Texas Prisons, will be fair; that these such Justices give account to our Community and Tax-Payers of their malicious and deficient performance, in a Jury open trial in any court of the United States and International court of Human Rights.

An emergency Injunction pursuant to Rule 65 Fed. R. Civ. Proc. will be filed in order to abate such irresponsible and conspiratorial actions.

Submitted

REYNALDO FLORES
Political Prisoner and Sentinel of civil and Human Rights on behalf of 100 thousand Political Prisoners and their Orphan Children NB 1912036